CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| FAHED TAWALBEH, | : | **Hon. Renée Marie Bumb** |
|  | : |  |
| Petitioner, | : |  |
|  | : | Civil Action No. 09-3693 (RMB) |
| v. | : |  |
|  | : |  |
| JEFF GRONDOLSKY, | : | **ORDER** |
|  | : |  |
| Respondent. | : |  |

For the reasons expressed in the Opinion filed herewith,

IT IS on this **15th** day of **October** **2009**,

**ORDERED** that Petitioner's application to proceed in forma pauperis is granted; and it is further

**ORDERED** that the Petition is **DISMISSED WITH PREJUDICE**; and it is finally

**ORDERED** that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail and shall close the file.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**